# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**November 19, 2018**

Name of Offender: **Alexander Rosenberg**

Case Number: **2:18CR00360**

Name of Sentencing Judicial Officer: **Honorable Edward Davila**

Date of Original Sentence: **February 22, 2018**

Original Offense: **Obtaining Information from a Protected Computer**

Original Sentence: **4 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 21, 2018**

Date Jurisdiction Transferred to District of Nevada: **November 9, 2018**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below until April 27, 2019. You must follow the rules and regulations of the location monitoring program.

    ☒ Location monitoring technology at the discretion of the probation officer.

    This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

    ☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

## CAUSE

On August 21, 2018, Mr. Rosenberg began his three (3) year term of supervised release. As a special condition of his supervised release, the Court ordered Mr. Rosenberg to be restricted to his residence at all times except for medical necessities and court appearances unless approved by the Court for a period of eight (8) months. (Home Incarceration).

The Court also ordered Mr. Rosenberg to pay $2000 fine and a $100 special assessment.

On August 27, 2018, Mr. Rosenberg was placed on location monitoring equipment to enforce the Court's restriction. Due to the type of restriction ordered by the Court, Mr. Rosenberg has been unable to seek employment and has been reliant upon his parents for support.

This officer believes the type of restriction currently imposed by the Court should be amended to the "Home Detention" component. This is a less restrictive component which will provide Mr. Rosenberg opportunities to seek employment and engage in prosocial activities as approved by the U.S. Probation office.

This officer has discussed the "Home Detention" component with Mr. Rosenberg. He is receptive to this change in his special condition restriction and has signed a waiver of hearing, agreeing to comply with the proposed condition.

Respectfully submitted,

Branndon S. Phillips
2018.11.19 11:24:10 -08'00'

Scott Phillips
Senior United States Probation Officer

Approved:

Robert G. Aquino
2018.11.19 11:56:47 -08'00'

Robert Aquino
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

  November 27, 2018.
_____
Date